**SAMUEL L. EILERS**
California State Bar No. 289222
**MATTHEW C. BINNINGER**
California State Bar No. 265148
**FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
San Diego, California 92101-5030
Telephone: (619) 234-8467
Samuel_Eilers@fd.org
Matthew_Binninger@fd.org

Attorneys for Mr. Peralta-Sanchez

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE LARRY ALAN BURNS)**

| | |
|---|---|
| UNITED STATES OF AMERICA, | **Case No. 14-CR-1308-LAB** |
| Plaintiff, | Date: June 9, 2014<br>Time: 2:00 p.m. |
| v. | |
| **Rufino PERALTA-SANCHEZ,** | **Defendant's Motion to Shorten Time to File Motion To Dismiss Under 8 U.S.C. § 1326(d)** |
| Defendant. | |

**TO: LAURA E. DUFFY,** United States Attorney;
**MICHELLE L. WASSERMAN,** Assistant United States Attorney.

Rufino Peralta-Sanchez, by and through counsel, Samuel L. Eilers, Matthew C. Binninger, and Federal Defenders of San Diego, Inc., respectfully moves this Court for an order shortening time to file his "Motion to Dismiss under 8 U.S.C. § 1326(d)" for the following reasons.

Mr. Peralta-Sanchez was arrested on March 8, 2014. Two days later, on March 10, 2014, a Complaint was filed charging with Mr. Peralta-Sanchez with being a removed alien found in the United States in violation of 8 U.S.C. § 1326(a) and (b). Over a month later, on April 17, 2014, the government provided defense counsel with documents showing that Mr. Peralta-Sanchez had been deported by an immigration judge in 1999. On May 7, 2014, a two-count Indictment was filed

1 charging Mr. Peralta-Sanchez with being a removed alien found in the United States, as well as improper entry by an alien (a felony) in violation of 8 U.S.C. § 1325.

On May 14, 2014, the government sent defense counsel an email to advise that Mr. Peralta-Sanchez was also subjected to an expedited removal in 2012. Five days later, on May 19, 2014, the parties appeared before this Court for a Motion Hearing / Trial Setting. At the hearing, a Jury Trial was scheduled for June 10, 2014, and a Motion in Limine Hearing was scheduled for June 9, 2014. This Court ordered that any § 1326(d) motion shall be filed three weeks prior to the Motions in Limine Hearing of June 9, 2014. In other words, any § 1326(d) motion was due on May 19, 2014, the same day the parties appeared before the Court for the Motion Hearing /Trial Setting. That same day, the government provided defense counsel with 251 pages of A-file discovery, including the documents showing that Mr. Peralta-Sanchez had been subjected to an expedited removal in 2012.

The 251 pages of A-file discovery provided to defense counsel on May 19, 2014, needed to be thoroughly reviewed and analyzed by defense counsel before defense counsel could complete legal research and finalize drafting of the "Motion to Dismiss Under 8 U.S.C. § 1326(d)." Due to a combination of the relative complexity of the legal issues involved in this case, the timing of events and deadlines set out above, and general press of business, defense counsel respectfully requests that this Court enter an order shortening time to file the § 1326(d) motion from three weeks (May 19, 2014), to 13 days (May 27, 2014).

Respectfully submitted,

Dated: May 27, 2014  *s/ Samuel L. Eilers*
**SAMUEL L. EILERS**
Federal Defenders of San Diego, Inc.
Attorneys for Mr. Peralta-Sanchez
Samuel_Eilers@fd.org

14-CR-1308-LAB

1 **CERTIFICATE OF SERVICE**

2     Counsel for Defendant certifies that the foregoing pleading is true and
3 accurate to the best of his information and belief, and that a copy of the foregoing
4 document has been served this day upon:

**Michelle L. Wasserman**
Michelle.Wasserman@usdoj.gov

**United States Attorneys Office**
efile.dkt.gc2@usdoj.gov

Respectfully submitted,

Dated: May 27, 2014      *s/ Samuel L. Eilers*
**SAMUEL L. EILERS**
Federal Defenders of San Diego, Inc.
Attorneys for Mr. Peralta-Sanchez
Samuel_Eilers@fd.org