LAURA E. DUFFY
United States Attorney
MICHELLE L. WASSERMAN
Assistant U.S. Attorney
California Bar No.: 254686
Office of the U.S. Attorney
880 Front Street, Room 6293
San Diego, CA 92101
Tel: (619) 546-8431
Attorneys for the United States

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: 14-CR-1308-LAB |
|---|---|
| Plaintiff, | |
| v. | UNITED STATES' NOTICE OF CONVENTIONAL FILING AND CONVENTIONAL FILING OF EXHIBITS 1 AND 2 IN SUPPORT OF THE UNITED STATES' RESPONSE AND OPPOSITION TO DEFENDANT'S MOTION TO DISMISS COUNT 2 OF THE INDICTMENT |
| RUFINO PERALTA-SANCHEZ, | |
| Defendant. | |
| | Date: June 9, 2014 |
| | Time: 2:00 P.M. |

The United States hereby files its Notice of Conventional Filing and Conventional Filing of Exhibits 1 and 2 in Support of the United States' Response and Opposition to Defendant's Motion to Dismiss Count 2 of the Indictment

//
//
//
//

| | |
|---|---|
| 1 | The United States respectfully requests that this filing, and Exhibits 1 and 2, be entered into the clerk's record. Exhibits 1 and 2, a copy of which were produced to Defendant in discovery, are CD's of Defendant's IJ hearings (Exhibit 1 is the May 5, 1999 hearing, Exhibit 2 is the June 7, 1999 hearing). A copy of this Notice and the two CDs will be delivered to chambers on June 5, 2014. |

DATED: June 5, 2014.

                                        Respectfully submitted,
                                        LAURA E. DUFFY
                                        United States Attorney

                                        s/ *Michelle L. Wasserman*
                                        MICHELLE L. WASSERMAN
                                        Assistant United States Attorney

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br>v.<br><br>RUFINO PERALTA-SANCHEZ,<br><br>    Defendant | Case No.: 14-CR-1308-LAB<br><br>CERTIFICATE OF SERVICE |

IT IS HEREBY CERTIFIED THAT:

I, Michelle L. Wasserman, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

I am not a party to the above-entitled action. I have caused service of **United States' Notice of Conventional filing of Exhibits 1 and 2** on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System.

1. Samuel Eilers, Esq.
2. Matthew Binninger Esq.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 5, 2014.

                                            *s/ Michelle L. Wasserman*
                                            MICHELLE L. WASSERMAN