

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>RUFINO PERALTA-SANCHEZ,<br><br>　　　　　　　Defendant. | Case No. 14CR1308-LAB<br><br>**ORDER RE DISCLOSURE** |

　　The Court has reviewed the United States' Ex Parte Application for Order Directing Disclosure or Non-Disclosure of Certain Information.

　　IT IS ORDERED that the information discussed in paragraph 4 of the Application need not be disclosed to defendant Rufino Peralta-Sanchez pursuant to Brady v. Maryland, 373 U.S. 83, 87 (1963), and Giglio v. United States, 405 U.S. 150 (1972).

　　IT IS FURTHER ORDERED that the Ex Parte Application shall be sealed until further court order.

///

///

///

///

IT IS FURTHER ORDERED that this Order shall not be sealed, and a copy shall be provided to defendant Peralta-Sanchez's counsel.

DATED: June 9, 2014

_____
LARRY A. BURNS
United States District Judge