# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

## TRANSCRIPT DESIGNATION AND ORDERING FORM

**14-50394**
U.S. COURT OF APPEALS CASE NUMBER

**14CR1308-LAB**
U.S. DISTRICT COURT CASE NUMBER

**US v. RUFINO PERALTA-SANCHEZ**
SHORT CASE TITLE

**08/22/2014**
DATE NOTICE OF APPEAL FILED BY CLERK OF DISTRICT COURT

### SECTION A - TO BE COMPLETED BY PARTY ORDERING TRANSCRIPT

| HEARING DATE | COURT REPORTER/ MAGISTRATE JUDGE | PROCEEDINGS |
|---|---|---|
| 06/09/14 | J. EICHENLAUB | ☐ Voir Dire ☐ Opening Statements ☐ Settlement Instructions ☐ Closing Arguments ☐ Jury Instructions ☐ Pre-Trial Proceedings ☒ Other (Please Specify) **MOTIONS IN LIMINE** |
| 08/08/14 | DEBRA HENSON | ☐ Voir Dire ☐ Opening Statements ☐ Settlement Instructions ☐ Closing Arguments ☐ Jury Instructions ☐ Pre-Trial Proceedings ☒ Other (Please Specify) **SENTENCING HEARING** |

**ATTACH ADDITIONAL PAGE FOR DESIGNATIONS, IF NECESSARY**

☐ I do not intend to designate any portion of the transcript and will notify all counsel of this intention.

☐ As retained counsel (or litigant in pro per), I request a copy of the transcript and guarantee payment to the reporter of the cost thereof upon demand. I further agree to pay for work done prior to cancellation of this order.

☒ As appointed counsel, I certify that an appropriate order authorizing preparation of the transcript at the expense of the United States has been, or within five (5) days hereof, will be obtained and delivered to the reporter. I agree to recommend payment for work done prior to cancellation of this order.

**NAME, ADDRESS AND TELEPHONE NUMBER:**

SAMUEL L. EILERS
FEDERAL DEFENDERS OF SAN DIEGO, INC.
225 BROADWAY, STE. 900
SAN DIEGO, CA 92101
(619) 234-8467    cc: MICHELLE WASSERMAN, AUSA

**DATE TRANSCRIPT ORDERED:** 08/25/14

/s/ SAMUEL L. EILERS
**SIGNATURE**
ATTORNEY/PRO PER LITIGANT

**THIS FORM IS DIVIDED INTO FIVE (5) PARTS. IT SHOULD BE USED TO COMPLY WITH THE FEDERAL RULES OF APPELLATE PROCEDURE AND THE LOCAL RULES OF THE U.S. COURT OF APPEALS FOR THE NINTH CIRCUIT REGARDING THE DESIGNATION AND ORDERING OF COURT REPORTERS' TRANSCRIPTS.**

**PLEASE NOTE THE SPECIFIC INSTRUCTIONS BELOW. IF THERE ARE FURTHER QUESTIONS, CONTACT THE CLERK'S OFFICE, U.S. DISTRICT COURT AT (619) 557-6368**

## SPECIFIC INSTRUCTIONS FOR ATTORNEYS/PRO PER LITIGANTS

1. Pick up form from District Court Clerk's Office when filing the notice of appeal.
2. Complete **Section A**. Place additional designations on blank paper, if needed.
3. Send **Copy One** to District Court.
4. Send **Copy Four** to opposing counsel. Make additional photocopies, if necessary.
5. Send **Copy Two** and **Copy Three** to court reporter. Contact court reporter to make further arrangements for payment.
6. Continue to monitor progress of transcript preparation.

## TRANSCRIPT DESIGNATION AND ORDERING FORM

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

## TRANSCRIPT DESIGNATION AND ORDERING FORM

[Reset Form] [Print Form]

14-50394 | 14CR1308-LAB
---|---
U.S. COURT OF APPEALS CASE NUMBER | U.S. DISTRICT COURT CASE NUMBER

US v. RUFINO PERALTA-SANCHEZ | 08/22/2014
---|---
SHORT CASE TITLE | DATE NOTICE OF APPEAL FILED BY CLERK OF DISTRICT COURT

**SECTION A** - TO BE COMPLETED BY PARTY ORDERING TRANSCRIPT

| HEARING DATE | COURT REPORTER/ MAGISTRATE JUDGE | PROCEEDINGS |
|---|---|---|
| 06/09/14 | J. EICHENLAUB | ☐ Voir Dire ☐ Opening Statements ☐ Settlement Instructions ☐ Closing Arguments ☐ Jury Instructions <br> ☐ Pre-Trial Proceedings ☒ Other (Please Specify) MOTIONS IN LIMINE |
| 08/08/14 | DEBRA HENSON | ☐ Voir Dire ☐ Opening Statements ☐ Settlement Instructions ☐ Closing Arguments ☐ Jury Instructions <br> ☐ Pre-Trial Proceedings ☒ Other (Please Specify) SENTENCING HEARING |

**ATTACH ADDITIONAL PAGE FOR DESIGNATIONS, IF NECESSARY**

☐ I do not intend to designate any portion of the transcript and will notify all counsel of this intention.

☐ As retained counsel (or litigant in pro per), I request a copy of the transcript and guarantee payment to the reporter of the cost thereof upon demand. I further agree to pay for work done prior to cancellation of this order.

☒ As appointed counsel, I certify that an appropriate order authorizing preparation of the transcript at the expense of the United States has been, or within five (5) days hereof, will be obtained and delivered to the reporter. I agree to recommend payment for work done prior to cancellation of this order.

| NAME, ADDRESS AND TELEPHONE NUMBER: | DATE TRANSCRIPT ORDERED: 08/25/14 |
|---|---|
| SAMUEL L. EILERS <br> FEDERAL DEFENDERS OF SAN DIEGO, INC. <br> 225 BROADWAY, STE. 900 <br> SAN DIEGO, CA 92101 <br> (619) 234-8467    cc: MICHELLE WASSERMAN, AUSA | /s/ SAMUEL L. EILERS <br> **SIGNATURE** <br> ATTORNEY/PRO PER LITIGANT |

**SECTION B** - TO BE COMPLETED BY COURT REPORTER

I, _____ have received this designation.
SIGNATURE OF COURT REPORTER

☐ Arrangements for payment were made on _____
☐ Arrangements for payment have not been made pursuant to F.R.A.P. 10(b).

Approximate number of pages in transcript: _____
Due Date: _____

**NOTE TO COURT REPORTER**

Be sure to notify the court of appeals if suitable arrangements are not made and you do not intend to commence preparation of the transcript.
1. When designation is received, contact attorney regarding payment.
2. Complete this copy and send to court of appeals in compliance with F.R.A.P. 11(b).
3. Complete and file **Copy Three** upon completion of the transcript.

## TRANSCRIPT DESIGNATION AND ORDERING FORM

A-9 (08/97)   CA9-036(10/01/82)                                                                                           **COPY TWO**

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

## TRANSCRIPT DESIGNATION AND ORDERING FORM

| 14-50394 | 14CR1308-LAB |
|---|---|
| U.S. COURT OF APPEALS CASE NUMBER | U.S. DISTRICT COURT CASE NUMBER |
| US v. RUFINO PERALTA-SANCHEZ | 08/22/2014 |
| SHORT CASE TITLE | DATE NOTICE OF APPEAL FILED BY CLERK OF DISTRICT COURT |

### SECTION A - TO BE COMPLETED BY PARTY ORDERING TRANSCRIPT

| HEARING DATE | COURT REPORTER/ MAGISTRATE JUDGE | PROCEEDINGS |
|---|---|---|
| 06/09/14 | J. EICHENLAUB | [X] Other (Please Specify) MOTIONS IN LIMINE |
| 08/08/14 | DEBRA HENSON | [X] Other (Please Specify) SENTENCING HEARING |

**ATTACH ADDITIONAL PAGE FOR DESIGNATIONS, IF NECESSARY**

[ ] I do not intend to designate any portion of the transcript and will notify all counsel of this intention.

[ ] As retained counsel (or litigant in pro per), I request a copy of the transcript and guarantee payment to the reporter of the cost thereof upon demand. I further agree to pay for work done prior to cancellation of this order.

[X] As appointed counsel, I certify that an appropriate order authorizing preparation of the transcript at the expense of the United States has been, or within five (5) days hereof, will be obtained and delivered to the reporter. I agree to recommend payment for work done prior to cancellation of this order.

| NAME, ADDRESS AND TELEPHONE NUMBER: | DATE TRANSCRIPT ORDERED: 08/25/14 |
|---|---|
| SAMUEL L. EILERS<br>FEDERAL DEFENDERS OF SAN DIEGO, INC.<br>225 BROADWAY, STE. 900<br>SAN DIEGO, CA 92101<br>(619) 234-8467  cc: MICHELLE WASSERMAN, AUSA | /s/ SAMUEL L. EILERS<br>**SIGNATURE**<br>ATTORNEY/PRO PER LITIGANT |

### SECTION C - TO BE COMPLETED BY COURT REPORTER

When the transcript is filed, complete this copy and submit it to the U.S. District Court with the completed transcript. District Court will not file the transcript without this completed form.

Date Transcript Filed: _____

COURT REPORTER'S SIGNATURE

### SECTION D - TO BE COMPLETED BY U.S. DISTRICT COURT CLERK

I certify that the record is available in the office of the U.S. District Court.

_____ BY: _____
U.S. DISTRICT COURT CLERK    Date            DEPUTY CLERK

This copy is the **CERTIFICATE OF RECORD**. It should be transmitted to the court of appeals by the district court clerk when the transcript is filed and the record is complete in the district court.

## TRANSCRIPT DESIGNATION AND ORDERING FORM

A-9 (08/97)  CA9-036(10/01/82)                                                  **COPY THREE**

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

## TRANSCRIPT DESIGNATION AND ORDERING FORM

| U.S. COURT OF APPEALS CASE NUMBER | U.S. DISTRICT COURT CASE NUMBER |
|---|---|
| 14-50394 | 14CR1308-LAB |

| SHORT CASE TITLE | DATE NOTICE OF APPEAL FILED BY CLERK OF DISTRICT COURT |
|---|---|
| US v. RUFINO PERALTA-SANCHEZ | 08/22/2014 |

**SECTION A** - TO BE COMPLETED BY PARTY ORDERING TRANSCRIPT

| HEARING DATE | COURT REPORTER/ MAGISTRATE JUDGE | PROCEEDINGS |
|---|---|---|
| 06/09/14 | J. EICHENLAUB | [X] Other (Please Specify) MOTIONS IN LIMINE |
| 08/08/14 | DEBRA HENSON | [X] Other (Please Specify) SENTENCING HEARING |

**ATTACH ADDITIONAL PAGE FOR DESIGNATIONS, IF NECESSARY**

[ ] I do not intend to designate any portion of the transcript and will notify all counsel of this intention.

[ ] As retained counsel (or litigant in pro per), I request a copy of the transcript and guarantee payment to the reporter of the cost thereof upon demand. I further agree to pay for work done prior to cancellation of this order.

[X] As appointed counsel, I certify that an appropriate order authorizing preparation of the transcript at the expense of the United States has been, or within five (5) days hereof, will be obtained and delivered to the reporter. I agree to recommend payment for work done prior to cancellation of this order.

NAME, ADDRESS AND TELEPHONE NUMBER:

SAMUEL L. EILERS
FEDERAL DEFENDERS OF SAN DIEGO, INC.
225 BROADWAY, STE. 900
SAN DIEGO, CA 92101
(619) 234-8467     cc: MICHELLE WASSERMAN, AUSA

DATE TRANSCRIPT ORDERED: 08/25/14

/s/ SAMUEL L. EILERS
**SIGNATURE**
ATTORNEY/PRO PER LITIGANT

**SERVICE COPY FOR OTHER PARTIES TO CASE**
A COPY OF THIS PAGE MUST BE SERVED ON ALL PARTIES TO THE CASE. PHOTOCOPY IF NECESSARY

**TRANSCRIPT DESIGNATION AND ORDERING FORM**

A-9 (08/97)  CA9-036(10/01/82)                                                                                          **COPY FOUR**

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

## TRANSCRIPT DESIGNATION AND ORDERING FORM

| 14-50394 | 14CR1308-LAB |
|---|---|
| U.S. COURT OF APPEALS CASE NUMBER | U.S. DISTRICT COURT CASE NUMBER |
| US v. RUFINO PERALTA-SANCHEZ | 08/22/2014 |
| SHORT CASE TITLE | DATE NOTICE OF APPEAL FILED BY CLERK OF DISTRICT COURT |

**SECTION A** - TO BE COMPLETED BY PARTY ORDERING TRANSCRIPT

| HEARING DATE | COURT REPORTER/MAGISTRATE JUDGE | PROCEEDINGS |
|---|---|---|
| 06/09/14 | J. EICHENLAUB | ☐ Voir Dire ☐ Opening Statements ☐ Settlement Instructions ☐ Closing Arguments ☐ Jury Instructions ☐ Pre-Trial Proceedings ☒ Other (Please Specify) MOTIONS IN LIMINE |
| 08/08/14 | DEBRA HENSON | ☐ Voir Dire ☐ Opening Statements ☐ Settlement Instructions ☐ Closing Arguments ☐ Jury Instructions ☐ Pre-Trial Proceedings ☒ Other (Please Specify) SENTENCING HEARING |

**ATTACH ADDITIONAL PAGE FOR DESIGNATIONS, IF NECESSARY**

☐ I do not intend to designate any portion of the transcript and will notify all counsel of this intention.

☐ As retained counsel (or litigant in pro per), I request a copy of the transcript and guarantee payment to the reporter of the cost thereof upon demand. I further agree to pay for work done prior to cancellation of this order.

☒ As appointed counsel, I certify that an appropriate order authorizing preparation of the transcript at the expense of the United States has been, or within five (5) days hereof, will be obtained and delivered to the reporter. I agree to recommend payment for work done prior to cancellation of this order.

| NAME, ADDRESS AND TELEPHONE NUMBER: | DATE TRANSCRIPT ORDERED: 08/25/14 |
|---|---|
| SAMUEL L. EILERS<br>FEDERAL DEFENDERS OF SAN DIEGO, INC.<br>225 BROADWAY, STE. 900<br>SAN DIEGO, CA 92101<br>(619) 234-8467    cc: MICHELLE WASSERMAN, AUSA | /s/ SAMUEL L. EILERS<br>**SIGNATURE**<br>ATTORNEY/PRO PER LITIGANT |

**FILE COPY FOR ORDERING PARTY**

**TRANSCRIPT DESIGNATION AND ORDERING FORM**

A-9 (08/97)  CA9-036(10/01/82)                                    COPY FIVE