FILED

APR 11 2017

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, | Nos. 14-50393, 14-50394 |
| Plaintiff-Appellee, | D.C. No. 3:12-cr-03370-LAB-1 |
| v. | Southern District of California, San Diego |
| RUFINO PERALTA-SANCHEZ, | |
| Defendant-Appellant. | ORDER |

Before: PREGERSON, BYBEE, and N.R. SMITH, Circuit Judges.

Plaintiff-Appellee is directed to file a response to Defendant-Appellant's petition for rehearing and petition for rehearing en banc filed with this court on April 7, 2017. The response shall not exceed fifteen (15) pages or 4200 words, and shall be filed within twenty-one (21) days of the filed date of this order. Parties who are registered for Appellate ECF must file the brief electronically without submission of paper copies. Parties who are not registered Appellate ECF filers must file the original response plus 50 copies.